

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00639-CV

In the **Interest of L.A.**, A.W., A.W., A.W., E.W., and A.W., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01513
Honorable Charles E. Montemayor, Associate Judge Presiding

Opinion by:     Luz Elena D. Chapa, Justice

Sitting:        Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  December 31, 2014

MOTION TO WITHDRAW GRANTED; AFFIRMED

M.S.W.[1] appeals the trial court's order that terminated the parent-child relationship between her and the children L.A., A.W., A.W., A.W., E.W., and A.W. Appellant's court-appointed appellate attorney filed a motion to withdraw and a brief containing a professional evaluation of the record, demonstrating there are no arguable grounds to be advanced, and concluding the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no

---

[1] To protect the identities of the minor children, we refer to appellant by her initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2014); TEX. R. APP. P. 9.8.

pet.) (mem. op.). Appellant was provided copies of counsel's brief and motion to withdraw and was informed of her right to review the record and file her own brief. In addition, counsel advised appellant to file a motion in this court if she wished to review the appellate record and enclosed a form motion for that purpose. *See Kelly v. State*, 436 S.W.3d 313 (2014); *In re R.R.*, 2003 WL 21157944, at *4. This court then set a deadline for appellant to file a pro se brief. Appellant did not request access to the record or file a pro se brief.

We have reviewed the record and the attorney's *Anders* brief, and we agree with counsel that the appeal is without merit. Accordingly, we grant the motion to withdraw and affirm the trial court's order.

Luz Elena D. Chapa, Justice